FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/6/2015 11:28:18 AM
LISA MATZ
Clerk

March 6, 2015

Lisa Matz
Clerk of the Court
Court of Appeals
Fifth District of Texas at Dallas
600 Commerce Street, Suite 200
Dallas, Texas 75202

RE:     ESTATE OF DAVID ANTHONY TOARMINA, DECEASED
        Court of Appeals Number 05-15-00073-CV
        Trial Court Cause Number PR-13-2655-2

Dear Ms. Matz:

I received a letter dated March 3, 2015, from the Court of Appeals that reporter's record is overdue. I respectfully request a 30-day extension for completion of reporter's record.

Please let me know if I can be of further assistance.

Sincerely,

Joie Rivera
Official Court Reporter
255th District Family Court
214-653-6520